**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 531 MAL 2019

                Respondent                :

                                     :    Petition for Allowance of Appeal

                                     :    from the Order of the Superior Court

                v.                      :

                                     :

KATRICE K. ST. ROSE,                  :

                                     :

                Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.